UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO FIGUEROA-LUQUE,<br><br>    Defendant. | )<br>) CASE NO. MJ25-567<br>)<br>)<br>)<br>) DETENTION ORDER<br>)<br>)<br>) |

<u>Offense charged</u>:     Reentry of Removed Alien

<u>Date of Detention Hearing</u>:    November 10, 2025.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant is charged by Complaint with the above-referenced offense.   He is

DETENTION ORDER
PAGE -1

a native of Mexico and was not interviewed by Pretrial Services. Much of his background information is unknown or unverified. Defendant's criminal record includes a number of immigration offenses over the past 12 years. He is associated with several different names. Defendant does not oppose entry of an Order of Detention.

   2.   Defendant poses a risk of nonappearance based on a pending criminal case in state court and outstanding warrant. Defendant is associated with multiple aliases, and unknown or unverified background information or release plan. Defendant poses a risk of danger due to criminal history.

   3.   There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

01    DATED this 10th day of November, 2025.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3